# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-16-00354-CV

**In re Lawrence O'Neal Farrow**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Lawrence O'Neal Farrow, appearing pro se, has filed an original petition for pretrial writ of habeas corpus in this Court, claiming that he has been "incarcerated for 184 days without having received a bill of indictment."[1] Farrow requests that we order his immediate release.

This Court's original jurisdiction to issue a writ of habeas corpus is limited to those cases in which a person's liberty is restrained because the person has violated an order, judgment, or decree entered in a civil case. Tex. Gov't Code § 22.221(d). We do not have original jurisdiction to issue a writ of habeas corpus in a criminal case, much less jurisdiction to consider an original pretrial petition for writ of habeas corpus. *See* Tex. Code Crim. Proc. art. 11.05 (listing courts with authority to issue writ of habeas corpus in criminal proceedings); *In re Shaw*, 175 S.W.3d 901, 903 (Tex. App.—Texarkana 2005, orig. proceeding) (court of appeals lack to jurisdiction to consider original proceedings for habeas relief).

---

[1] Farrow has titled his document as a "motion for emergency relief." Farrow does not currently have a pending appeal in this Court, and there is no indication that Farrow seeks the review of a denial of an application for writ of habeas corpus filed in the trial court. As a result, we construe Farrow's motion as an original petition for writ of habeas corpus.

Although the record before us is incomplete and Farrow's application fails to provide even basic information concerning his confinement, it does not appear that Farrow's complaint concerns an order, judgment, or decree entered in a civil case. *See* Tex. Gov't Code § 22.221(d). Accordingly, we dismiss Farrow's petition for want of jurisdiction.

 

_____

Scott K. Field, Justice

Before Justices Puryear, Goodwin, and Field

Filed:   June 15, 2016